IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TI Group Automotive Systems, Corp., | ) |
| Plaintiff, | ) |
| v. | ) DEMAND FOR<br>) JURY TRIAL |
| Honeywell International Inc. | ) |
| Defendant. | ) |

00-70408

GEORGE E. WOODS
MAGISTRATE JUDGE

COMPLAINT FOR DECLARATORY JUDGMENT AND JURY DEMAND OF
TI GROUP AUTOMOTIVE SYSTEMS, CORP.

TI Group Automotive Systems, Corp (hereinafter "TI Group Automotive"), for its complaint states and alleges as follows:

Jurisdiction and Venue

1. This is an action for declaratory relief pursuant to the laws as set forth in Title 28 of the United States Code, and particularly, 28 U.S.C. §§ 2201 and 2202. Jurisdiction in this Court is based on 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400.

The Parties

2. TI Group Automotive is a Michigan corporation with its principal place of business at 12345 East Nine Mile Road, Warren, Michigan 48090.

3. Upon information and belief, AlliedSignal Inc., changed its name to Honeywell International Inc. in connection with the merger involving AlliedSignal Inc. and Honeywell Inc., which became effective after the close of trading on the New York Stock Exchange on December 1, 1999.

HOWARD & HOWARD
ATTORNEYS

Suite 101
The Pinehurst Office Center
1400 N. Woodward Avenue
Bloomfield Hills, MI 48304-2856
(248) 645-1483

Suite 200
The Michigan Building
100 Portage Street
Kalamazoo, MI 49007-4802
(616) 382-1483

Suite 500
The Phoenix Building
222 Washington Square, North
Lansing, MI 48933-1817
(517) 485-1483

Suite 200
The Creve Coeur Building
321 Liberty Street
Peoria, IL 61602-1403
(309) 672-1483

4. Upon information and belief, Defendant Honeywell International Inc. (hereinafter "Honeywell"), is a Delaware corporation with a place of business at 1746 Thunderbird Street, Troy, Michigan 48084 and its principal place of business at 101 Columbia Road, Morristown, NJ 07962.

### Cause of Action for Declaratory Judgment

5. TI Group Automotive seeks a declaratory judgment declaring that United States Patent No. 5,164,879, including reexamination certificate B1 5,164,879 (hereinafter "'879 Patent") was not obtained in a manner consistent with the provisions of Title 35, United States Code and is thus invalid and/or unenforceable. More specifically, the '879 Patent is invalid and/or unenforceable for failure to comply with one or more of the conditions for patentability set forth in 35 U.S.C. §§101, 102, 103, 112, 132, 253 and 288. A copy of the '879 Patent is attached hereto as Exhibit A.

6. TI Group Automotive seeks a declaratory judgment declaring that TI Group Automotive does not make, use or sell, and has not made, used or sold in the United States or elsewhere any product which infringes any valid or enforceable claim of the '879 Patent, either directly or indirectly, or contributorily, and has not induced any other to infringe the '879 Patent.

7. Honeywell has given TI Group Automotive formal written notice of alleged infringement of the '879 Patent by letters dated January 11, 2000 and April 21, 1999, copies of which are attached hereto as Exhibit B. As a result, TI Group Automotive has a reasonable apprehension that suit will be brought against it by Honeywell under the '879 Patent.

HOWARD & HOWARD
ATTORNEYS

Suite 101
The Pinehurst Office Center
1400 N. Woodward Avenue
Bloomfield Hills, MI 48304-2856
(248) 645-1483

Suite 200
The Michigan Building
100 Portage Street
Kalamazoo, MI 49007-4802
(616) 382-1483

Suite 500
The Phoenix Building
222 Washington Square, North
Lansing, MI 48933-1817
(517) 485-1483

Suite 200
The Creve Coeur Building
321 Liberty Street
Peoria, IL 61602-1403
(309) 672-1483

8. An actual controversy exists between TI Group Automotive and Honeywell with respect to the validity, infringement and enforceability of the '879 Patent by at least the formal written notice of alleged infringement of the '879 Patent by letters dated January 11, 2000 and April 21, 1999.

## Demand For Relief

WHEREFORE, TI Group Automotive requests the following relief:

A. Enter a judgment or decree declaring that the '879 Patent is invalid and unenforceable;

B. Enter a judgment or decree declaring that the '879 Patent is not infringed by any products currently or previously made, used, or sold by TI Group Automotive.

C. Enter a judgment or decree that it is the right of TI Group Automotive and any buyers, sellers, or users of TI Group Automotive products, to continue to make, use, and sell such products, without any threat or other interference whatsoever against them by Honeywell or any person or entity in privity with Honeywell, based on or arising out of the ownership of the '879 Patent or any interest herein;

D. Enjoining Honeywell and any person or entity in privity with Honeywell from prosecuting or bringing or threatening to bring any action against TI Group Automotive or any buyers, sellers, or users of TI Group Automotive products for the manufacture, sale, or use of technology covered the '879 Patent.

E. Award TI Group Automotive its reasonable cost, expenses and attorney fees in this action, this being an exceptional case; and

HOWARD & HOWARD
ATTORNEYS

Suite 101
The Pinehurst Office Center
1400 N. Woodward Avenue
Bloomfield Hills, MI 48304-2856
(248) 645-1483

Suite 200
The Michigan Building
100 Portage Street
Kalamazoo, MI 49007-4802
(616) 382-1483

Suite 500
The Phoenix Building
222 Washington Square, North
Lansing, MI 48933-1817
(517) 485-1483

Suite 200
The Creve Coeur Building
321 Liberty Street
Peoria, IL 61602-1403
(309) 672-1483

F.   Award TI Group Automotive such other and further relief as this Court may deem just and equitable.

### JURY DEMAND

TI Group Automotive hereby demands a trial by jury.

Dated:   January 25, 2000

_____
John E. Carlson
HOWARD & HOWARD ATTORNEYS, P.C.
The Pinehurst Office Center, Suite 101
1400 North Woodward Avenue
Bloomfield Hills, Michigan  48304-2855
(248) 645-1483

Robert V. Jambor
Li-Chung Daniel Ho
DORN, McEACHRAN, JAMBOR & KEATING
55 East Monroe Street, Suite 2940
Chicago, Illinois  60603
(312) 726-4421

Attorneys for Plaintiff
TI Group Automotive System, Corp.

HOWARD & HOWARD
ATTORNEYS

Suite 101
The Pinehurst Office Center
1400 N. Woodward Avenue
Bloomfield Hills, MI 48304-2855
(248) 645-1483

Suite 200
The Michigan Building
100 Portage Street
Kalamazoo, MI 49007-4802
(616) 382-1483

Suite 500
The Phoenix Building
222 Washington Square, North
Lansing, MI 48933-1817
(517) 485-1483

Suite 209
The Creve Coeur Building
321 Liberty Street
Peoria, IL 61602-1403
(309) 672-1483

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED